THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Howard T. Peterson, Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal From the Administrative Law Court
 Deborah Brooks Durden, Administrative Law Court
Judge

Unpublished Opinion No. 2011-UP-582
 Submitted December 1, 2011  Filed
December 21, 2011    

AFFIRMED

 
 
 
 Howard T. Peterson, pro se.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM: Howard
 Peterson appeals the dismissal of his appeal from the Administrative Law Court
 (ALC).  Peterson argues the ALC erred in dismissing his appeal based on his failure
 to raise any sufficient grounds for appeal.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities: ALC Rule 59(B) (requiring notice of appeal to contain "a brief factual basis for each
 expressly and specifically asserted constitutional violation"); ALC Rule
 62 ("[The ALC] may dismiss an appeal . . . for the failure to provide a
 factual basis for each expressly and specifically asserted constitutional
 violation as prescribed by Rule 59(B).").   
AFFIRMED.
HUFF, PIEPER, and LOCKEMY,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.